**No. 10-8981. Delian Brewer, Petitioner v. Derral G. Adams, Warden, et al.**

563 U.S. 922, 131 S. Ct. 1825, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2677.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 412 Fed. Appx. 30.

**No. 10-8991. Keith L. Fitzgerald, Petitioner v. Loretta Kelly, Warden.**

563 U.S. 922, 131 S. Ct. 1825, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2640,

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 1.

**No. 10-8997. Laura Hansen, Petitioner v. Richard Allendorf, et al.**

563 U.S. 923, 131 S. Ct. 1825, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2750.

April 4, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 10-9004. Anthony L. Fletcher, Petitioner v. Donald Gaetz, Warden.**

563 U.S. 923, 131 S. Ct. 1825, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2759.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

**No. 10-9007. Gregory Lee Gray, Petitioner v. Mike McDonald, Warden.**

563 U.S. 923, 131 S. Ct. 1825, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2628.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9013. Joshua L. Gallishaw, Petitioner v. South Carolina.**

563 U.S. 923, 131 S. Ct. 1825, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2757.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 10-9016. Juan Manzur, Petitioner v. Brian Williams, Warden, et al.**

563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2724.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9034. Wayne Hinton, Petitioner v. City of Nashua, New Hampshire, et al.**

563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2768.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.